**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALICIA CUMMINGS, an individual,

Plaintiff,

v. Case No. 8:16-cv-00505-MSS-MAP

REGIONS BANK, an Alabama corporation,

Defendant.
_______________________________________/

**NOTICE OF SETTLEMENT**

Plaintiff, Alicia Cummings, hereby notifies this Court that a settlement has been reached between the Parties, pending final execution of settlement documents and releases. Plaintiff estimates the parties will file a joint stipulation for dismissal with prejudice within thirty (30) days.

Respectfully submitted: October 12, 2016

*/s/ Patrick Crotty*
Patrick C. Crotty, Esq.
3800 S. Ocean Drive, Ste. 235
Hollywood, FL 33019
Phone 954-589-0588
Fax 954-337-0666
patrick@scottdowens.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12 October 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *[/s/ Patrick Crotty]*
Patrick C. Crotty, Esq