**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ALICIA CUMMINGS,

Plaintiff,

v. Case No. 8:16-cv-505-T-35MAP

REGIONS BANK,
an Alabama Corporation.,

Defendant.
_______________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Alicia Cummings, and Defendant Regions Bank, through undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated: October 17, 2016.

Respectfully submitted,

*/s/ Patrick Crotty*

Patrick Crotty (FBN 108541)
Scott D. Owens, P.A.
3800 S. Ocean Drive, Suite 235
Hollywood, FL 33019
Telephone: (954) 589-0588
Fax: (954) 337-0666
Email: Patrick@scottdowens.com

*/s/ Joshua H. Roberts*

Joshua H. Roberts (FBN 042029)
joshua.roberts@hklaw.com
Laura B. Renstrom (FBN 108019)
Laura.renstrom@hklaw.com
50 N. Laura St., Suite 3900
Jacksonville, FL 32202
Phone: (904) 353-2000
Facsimile: (904) 358-1872

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this October 17, 2016 via U.S. mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Patrick Crotty*
Patrick Crotty, Esq.